■ In the Matter of ROBERT ANTHONY et al., Appellants, v PRESIDENT OF THE NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.—Judgment, Supreme Court, New York County, entered September 11, 1975, which dismissed the petition in part, unanimously affirmed, without costs or disbursements. The petitioners had taken a civil service examination for the position of Mental Hygiene Treatment Team Leader. The examination was to have consisted of a written examination and a subsequent oral examination. The notice of examination initially stated that the written and oral portions would be equally weighted. A subsequent notice stated that the oral examination would only be qualifying in nature. In either event, however, in order to be eligible for the oral exam, an applicant would first have to pass the written portion. The petitioners presently before this court have all failed the written examination. No objections to the text of the examination were made at an administrative level and therefore judicial review of the content of the examination is interdicted. Similarly, we agree with Special Term that notices of the amended examination were timely sent. The petition was therefore properly dismissed. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.

## (February 24, 1976)

■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v HAROLD BAER, as Justice of the New York Supreme Court of New York County, et al., Respondents.—Application for an order, pursuant to CPLR article 78, in the nature of a writ of prohibition unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Lupiano, Lane, Nunez and Lynch, JJ.

■ FLORENCE J. MURRAY, Individually and as Executrix of JOSEPH F. MURRAY, Deceased, Respondent, v WESTWOOD TRANSPORTATION LINES, INC., et al., Appellants.—Order, Supreme Court, New York County, entered on February 11, 1975, unanimously affirmed on the opinion of Sanders, J., at Trial Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ In the Matter of CHARLES ARLISS, as Receiver of 486 ST. NICHOLAS AVENUE, Respondent, v NATHAN LEVENTHAL, as Commissioner of Rent and Housing Maintenance, Appellant.—Judgment, Supreme Court, New York County, entered on January 24, 1973, unanimously affirmed on the opinion of Dollinger, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns, Nunez and Lynch, JJ.